

**BRIAN K. CONDON***
**LENA E. PAXOS***
LORI GALGANO, Legal Secretary
HELENE CAREY, Paralegal
KIORAINER MILAN, Paralegal
*ADMITTED IN NY AND NJ*
**OF COUNSEL:**
TERRENCE J. CORTELLI
JOSEPH S. SCARMATO
SENDER'S E-MAIL: Brian@CondonPaxos.com

55 OLD TURNPIKE ROAD, SUITE 502
NANUET, NEW YORK 10954
PHONE: 845.627.8500
FAX: 845.627.8507
www.CondonPaxos.com

March 3, 2021

<u>Via ECF</u>

Honorable Cecelia G. Morris
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    Kristen Shenk v. Randy Jay Sarf
           <u>U.S. Bankruptcy Court, S.D.N.Y. – Adversary Proceeding No. 19-01365-cgm</u>

Dear Honorable Madam:

    Our office represents the Plaintiff, Kristen Shenk, in the above-referenced matter, and it is in this capacity which I write.

    Please let this letter confirm that the conference that was scheduled for tomorrow, March 4, 2021 has been adjourned to April 8, 2021 at 9 a.m.

    We thank the Court for extending the courtesy of the adjournment.

                                                 Respectfully Submitted,

                                                 CONDON PAXOS PLLC

                                                 By: _____
                                                       Brian K. Condon

Enc.

cc:    J. Ted Donovan, Esq. *(Via ECF Only)*